James M. Wood (State Bar No. 58679)
Colleen T. Davies (State Bar No. 111371)
Nadia M. Bishop (State Bar No. 182995)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572
Email: jmwood@reedsmith.com
       cdavies@reedsmith.com
       nbishop@reedsmith.com

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:    510.763.2000
Facsimile:    510.273.8832

Attorneys for Defendant
Eli Lilly and Company, a corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURICE KORY, as plenary guardian of LEONARD KORY, JR., KIMBERLY BROZAK, individually and on behalf of the estate of LLOYD LAKE,<br><br>Plaintiffs,<br><br>vs.<br><br>ELI LILLY AND COMPANY,<br><br>Defendant. | Case No.: C-06-1606 MJJ<br><br>Before the Honorable Martin J. Jenkins<br><br>**[PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:   May 30, 2006<br>Conference Time:   2:00 p.m.<br>Location:          Courtroom 11, 19th Fl., SF |

No.: C 06 1606 MJJ — 1 — DOCSOAK-9829438.1

[Proposed] Order Continuing Case Management Conference

1   For the reasons set forth in the Joint Case Management Conference Statement, the Court
2   hereby ~~continues~~ vacates the May 30, 2006, Case Management Conference ("CMC") to
3   _____, at _____, by which time this case will likely have been transferred to
4   the Eastern District of New York as part of MDL No. 1596 – In re Zyprexa Liability Litigation. In
5   the event this case is not transferred to the MDL far enough in advance of the new CMC date, the
6   parties shall file a Joint CMC Statement at least 5 court days before the new CMC date.
7   / / / /
8
9
10  IT IS SO ORDERED
11
12  DATED: 5/25/2006 _____.
13  
    _____
    The Honorable Martin J. Jenkins

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C 06 1606 MJJ — 2 — DOCSOAK-9829438.1
[~~Proposed~~] Order Continuing Case Management Conference